# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Eastern District of New York |
|---|---|

**TO THE MARSHALL OF:**

The United States District Court, Eastern District of New York

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME:**

Meserole Street Recycling, Inc.
568 Meserole St.
Brooklyn, N 11237

you cause to be made and levied as well as a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $2,000,000.00 | |

in the United States District Court for the Eastern District of New York before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Meserole Street Recycling, Inc.

and also the costs that may accrue under this writ.
And that you have above listed money at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

Witness the Honorable

_(United States Judge)_

| DATE<br>OCT 20 2009 | CLERK OF THE COURT<br>ROBERT C. HEINEMANN |
|---|---|
| | (BY) *H. Musrilah* (signature) |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|