09-494 (SJF)(JMO)

# J.P.Morgan

Court Orders and Levies
Mail Code LA2-2808
P.O. Box 260164
Baton Rouge, LA 70826-0164
Phone: (866) 578-7022
Fax: (225) 332-7274

Thursday, January 28, 2010

US MARSHAL SERVICE EDNY ATTN: CIVIL SECTION
225 CADMAN PLAZA EAST
RM G20
BROOKLYN, NY 11201

RE: CSX TRANSPORTATION vs MESEROLE STREET RECYCLING ET AL, et al.

CASE NO: M18308#091584

JPMorgan Chase Bank, N.A. ("**JPMC**") is in receipt of your Execution against the above referenced debtor.

JPMC conducted a search of its current systems of the named judgment debtors. The amounts held in each account is listed below:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|

The Present Balance may be subject to exemption claims, including claims which may permit a customer to withdraw additional funds.

If funds not held, provide reasons: No Funds Available

Memo:

Please allow this letter to serve as JPMC's answer to the Execution. If you should have any questions regarding this matter, please contact the bank at (866) 578-7022.

Very truly yours,

STEPHEN E REES JR
Document Specialist
JPMorgan Chase Bank N.A.
Court Orders and Levies

COAL-05Jan10-2431

Page 1 of 1